UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

FREDERICK B. BLACK,

    Petitioner,

v.                                   Nos.: 3:07-cr-061
                                                     3:12-cv-288

UNITED STATES OF AMERICA,         (VARLAN/GUYTON)

    Respondent.

## **MEMORANDUM AND ORDER**

This is a motion to vacate, set aside or correct sentence pursuant to 28 U.S.C. § 2255. The matter is before the Court on petitioner's motion to amend the § 2255 and the respondent's motion for additional time within which to respond to the § 2255 motion. Petitioner's motion to amend [Doc. 81] is **GRANTED**. The Clerk is **DIRECTED** to file the amended petition. The respondent's motion for extension of time [Doc. 82] is **GRANTED**. The United States Attorney shall have up to and including August 23, 2012, in which to file an answer or other response to the motion to vacate, set aside or correct sentence, as amended.

    **E N T E R :**

                                                     s/ Thomas A. Varlan
                                                     UNITED STATES DISTRICT JUDGE